UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | MAGISTRATE ACTION NO. C-08-238 |
| | § | |
| CHRISTOPHER STEWART WILSON | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear for court as required; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant is significant. The findings and conclusions contained in the Pretrial Services Report are adopted, supplemented by the testimony of the defendant's wife and the proffer of defendant's counsel that the defendant can return to work if released on bone. The defendant has prior convictions for robbery and making threats. When coupled with his confirmed gang membership, the undersigned does not have any confidence that he would be a good bond risk. The government's motion for detention is granted.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 10th day of April, 2008.

                                              B. JANICE ELLINGTON
                                              UNITED STATES MAGISTRATE JUDGE